# Third District Court of Appeal

## State of Florida

Opinion filed September 30, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1484
Lower Tribunal No. 20-15631
_____

**Douglas Ascanio**,
Appellant,

vs.

**Ralph Navarro, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

De La Peña Group, P.A., and Leoncio E. de la Peña D., Otto C. de Córdoba, and Tracy Pérez, for appellant.

Karen B. Parker, P.A., and Karen B. Parker, for appellee MYI International, LLC.

Before EMAS, MILLER and LOBREE, JJ.

LOBREE, J.

We affirm the final judgment entered in favor of MYI International, LLC,

following a non-jury trial. "When a decision in a non-jury trial is based on findings of fact from disputed evidence, it is reviewed on appeal for competent, substantial evidence." Mario's Enters. Painting & Wallcovering, Inc. v. Veitia Padron Inc., 52 So. 3d 819, 821 (Fla. 3d DCA 2011) (quoting Acoustic Innovations, Inc. v. Schafer, 976 So. 2d 1139, 1143 (Fla. 4th DCA 2008)). Here, the parties presented conflicting witness testimony regarding whether the contents of pertinent emails reflected an agreement for MYI to pay Ascanio for an alleged outstanding debt or demonstrated efforts by MYI and its managing member, Navarro, to assist Ascanio in obtaining a loan. This required the trial court, as finder of fact, to weigh and resolve the contradictory evidence, which included an assessment of witness credibility. "That assessment of witness credibility, like all disputed issues of fact, is one properly left to the trier of fact." Fed. Nat'l Mortg. Ass'n v. Alden Hotel Condo. Ass'n, 137 So. 3d 1153, 1154 (Fla. 3d DCA 2014); see Boucicaut v. Florida Unemployment Appeals, 929 So. 2d 619, 620 (Fla. 3d DCA 2006) ("Credibility of a witness and the weight to be given to the evidence presented is, however, within the sound discretion of the fact finder."); Citibank, N.A. v. Julien J. Studley, Inc., 580 So. 2d 784, 785–86 (Fla. 3d DCA 1991) ("It is not the function of this court to reweigh the evidence and the credibility of the witnesses in the trial court proceedings."). Because the

2

record contains competent substantial evidence to support the trial court's determinations on the conflicting evidence and credibility of the witnesses, we affirm.

Affirmed.